KANTOR & KANTOR, LLP
GLENN R. KANTOR  Bar No. 122643
gkantor@kantorlaw.net
19839 Nordhoff Street
Northridge, CA  91324
Telephone:     (818) 886-2525
Facsimile:      (818) 350-6272

Attorneys for Plaintiff
RONALD PURSLEY


SEDGWICK LLP
REBECCA A. HULL  Bar No. 99802
rebecca.hull@sedgwicklaw.com
ERIN A. CORNELL  Bar No. 227135
erin.cornell@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:     (415) 781-7900
Facsimile:      (415) 781-2635

Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY and
RAYTHEON COMPANY DISABILITY PLAN

IT IS SO ORDERED
Judge Edward J. Davila
11/17/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD PURSLEY,<br><br>             Plaintiff,<br><br>      v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY and RAYTHEON COMPANY DISABILITY PLAN,<br><br>             Defendants. | Case No. CV 11-04993 EJD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiff Ronald Pursley and defendants Metropolitan Life Insurance Company and Raytheon Company Disability Plan (collectively "Defendants"), through their respective counsel of record herein, hereby stipulate and agree that Defendants shall have until December 16, 2011 to respond to plaintiff's Complaint.

SO STIPULATED, AGREED, AND RESPECTFULLY SUBMITTED:

DATED:  November 16, 2011     KANTOR & KANTOR LLP

By: /s/ Glenn R. Kantor (as authorized on 11/10/2011)
Glenn R. Kantor
Attorneys for Plaintiff
Ronald Pursley

DATED:  November 16, 2011     SEDGWICK LLP

By: /s/ Rebecca A. Hull
Rebecca A. Hull
Erin A. Cornell
Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY and
RAYTHEON COMPANY DISABILITY PLAN