KANTOR & KANTOR, LLP
GLENN R. KANTOR  Bar No. 122643
gkantor@kantorlaw.net
19839 Nordhoff Street
Northridge, CA  91324
Telephone:     (818) 886-2525
Facsimile:     (818) 350-6272

Attorneys for Plaintiff
RONALD PURSLEY


SEDGWICK LLP
REBECCA A. HULL  Bar No. 99802
rebecca.hull@sedgwicklaw.com
ERIN A. CORNELL  Bar No. 227135
erin.cornell@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:     (415) 781-7900
Facsimile:     (415) 781-2635

Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY and
RAYTHEON COMPANY DISABILITY PLAN

*IT IS SO ORDERED*
*Judge Edward J. Davila*
11/17/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD PURSLEY,<br><br>            Plaintiff,<br><br>    v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY and RAYTHEON COMPANY DISABILITY PLAN,<br><br>            Defendants. | Case No. CV 11-04993 EJD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

SF/2626311v1

1  Plaintiff Ronald Pursley and defendants Metropolitan Life Insurance Company and
2  Raytheon Company Disability Plan (collectively "Defendants"), through their respective counsel
3  of record herein, hereby stipulate and agree that Defendants shall have until December 16, 2011
4  to respond to plaintiff's Complaint.
5  SO STIPULATED, AGREED, AND RESPECTFULLY SUBMITTED:
6  DATED: November 16, 2011   KANTOR & KANTOR LLP

8  By: /s/ Glenn R. Kantor (as authorized on 11/10/2011)
   Glenn R. Kantor
9  Attorneys for Plaintiff
   Ronald Pursley

11 DATED: November 16, 2011   SEDGWICK LLP

13 By: /s/ Rebecca A. Hull
   Rebecca A. Hull
14 Erin A. Cornell
   Attorneys for Defendants
15 METROPOLITAN LIFE INSURANCE COMPANY and
   RAYTHEON COMPANY DISABILITY PLAN