1 KANTOR & KANTOR, LLP
GLENN R. KANTOR, Bar No. 122643
2 gkantor@kantorlaw.net
19839 Nordhoff Street
3 Northridge, California, 91324
Telephone: (818) 886-2525
4 Facsimile: (818 350-6272

5 Attorneys for Plaintiff Ronald Pursley

6 SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL, Bar No. 99802
7 ERIN CORNELL Bar No. 227135
rebecca.hull@sdma.com
8 erin.cornell@sdma.com
333 Bush Street, 30th Floor
9 San Francisco, California 94105
Telephone: (415) 781-7900
10 Facsimile: (415) 781-2635

11 Attorneys for Defendant Metropolitan
Life Insurance Company; Raytheon Company Disability Plan
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD PURSLEY,<br><br>    Plaintiff,<br><br>    vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY AND RAYTHEON COMPANY DISABILITY PLAN,<br><br>    Defendants. | CASE NO. CV 11-04993 EJD<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE |

1  Following settlement of this matter, Plaintiff Ronald Pursley, and Defendants
2  Metropolitan Life Insurance Company and Raytheon Company Disability Plan, by and through
3  their respective counsel of record, hereby stipulate that this action shall be dismissed with
4  prejudice, each party to bear its own costs, expenses and attorney's fees.

6  DATED: September 6, 2012        KANTOR & KANTOR, LLP

8                                  By: */s/ Glenn R. Kantor*
                                        Glenn R. Kantor
                                        Attorneys for Plaintiff Ronald Pursley

10 DATED: September 6, 2012        SEDGWICK, DETERT, MORAN & ARNOLD LLP

12                                 By: */s/ Rebecca A. Hull*
                                        Rebecca A. Hull
                                        Erin Cornell
13                                      Attorneys for Defendant Metropolitan Life
                                        Insurance Company and Raytheon Company Disability
14                                      Plan

-2-                           CASE NO. CV 11-04993 EJD
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE

**ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice as to all defendants. Each party shall bear its own fees and costs.

The Clerk shall close this file.

DATED: 9/11/2012

_____
Honorable Edward J. Davila
United States District Judge