KANTOR & KANTOR, LLP
GLENN R. KANTOR, Bar No. 122643
gkantor@kantorlaw.net
19839 Nordhoff Street
Northridge, California, 91324
Telephone:  (818) 886-2525
Facsimile:  (818 350-6272

Attorneys for Plaintiff Ronald Pursley

SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL, Bar No. 99802
ERIN CORNELL Bar No. 227135
rebecca.hull@sdma.com
erin.cornell@sdma.com
333 Bush Street, 30th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant Metropolitan
Life Insurance Company; Raytheon Company Disability Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD PURSLEY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY AND RAYTHEON COMPANY DISABILITY PLAN,<br><br>　　　　Defendants. | CASE NO. CV 11-04993 EJD<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE |

Following settlement of this matter, Plaintiff Ronald Pursley, and Defendants Metropolitan Life Insurance Company and Raytheon Company Disability Plan, by and through their respective counsel of record, hereby stipulate that this action shall be dismissed with prejudice, each party to bear its own costs, expenses and attorney's fees.

DATED: September 6, 2012    KANTOR & KANTOR, LLP

By: */s/ Glenn R. Kantor*
    Glenn R. Kantor
    Attorneys for Plaintiff Ronald Pursley

DATED: September 6, 2012    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: */s/ Rebecca A. Hull*
    Rebecca A. Hull
    Erin Cornell
    Attorneys for Defendant Metropolitan Life
    Insurance Company and Raytheon Company Disability
    Plan

**ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice as to all defendants.  Each party shall bear its own fees and costs.

The Clerk shall close this file.

DATED:  9/11/2012

_____
Honorable Edward J. Davila
United States District Judge